# UNITED STATES BANKRUPTCY COURT
Northern District of California (San Jose)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 4/14/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Entertainment Shopping, Inc.
1000 Elwell Court
Suite 225
Palo Alto, CA 94303
UNITED STATES

| | |
|---|---|
| Case Number:<br>11−53523 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>26−2717142 |
| Attorney for Debtor(s) (name and address):<br>Rachel Ragni Larrenaga<br>Law Offices of Murray and Murray<br>19400 Stevens Creek Blvd. #200<br>Cupertino, CA 95014−2548<br>Telephone number: (650)852−9000 | Bankruptcy Trustee (name and address):<br>Audrey Barris<br>P.O. Box 573<br>Pebble Beach, CA 93953<br>Telephone number: (831)655−3552<br>Email: ajb@barristrustee.com |

### Meeting of Creditors
Date: **May 19, 2011**    Time: **11:00 AM**
Location: **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408−278−7500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 4/15/11 |

# EXPLANATIONS

FORM B9B (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                                  Case No. 11-53523-ASW
Entertainment Shopping, Inc.                                            Chapter 7
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0971-5          User: mtartagli              Page 1 of 4                  Date Rcvd: Apr 15, 2011
                              Form ID: B9B                Total Noticed: 180


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
db           +Entertainment Shopping, Inc.,    1000 Elwell Court,    Suite 225,    Palo Alto, CA 94303-4306,
               UNITED STATES
aty           Rachel Ragni Larrenaga,    Law Offices of Murray and Murray,    19400 Stevens Creek Blvd. #200,
               Cupertino, CA 95014-2548
aty           Stephen T. O'Neill,    Law Offices of Murray and Murray,    19400 Stevens Creek Bl. #200,
               Cupertino, CA 95014-2548
smg           Secretary of The Treasury,    15th and Pennsylvania Ave. NW,    Washington, DC 20220-0001
smg          +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
               Sacramento, CA 94279-0001
11788266     +A Zafar Rahman,    5104 Cog Hill Ct,    Suffolk, VA 23435-2639
11788267     +Ahmad Eesa,    150 Huntington Ave Apt NH6,    Boston, MA 02115-6734
11788268     +Alisa Maneri,    818 Keeaumoku St.,    Honolulu, HA 96814-2393
11788269      Amazon.com GE Capital,    GE Money Bank Amazon.com,    P.O. Box 530958,    Atlanta, GA 30353-0958
11788271     +Amy Upperman,    5105-G Backlick Road,    Annandale, VA 22003-6005
11788272     +Anthony Drier,    1000 Smith Level Rd Apt V15,    Carrboro, NC 27510-5550
11788273     +Anuradha Kunta,    2014 124th Street SE,    Everett, WA 98208-6610
11788274     +Armando E. Fetter,    3544 S Morgan St,    Seattle, WA 98118-3163
11788276     +Attorney General,    Civil Trial Sec W Region,    PO Box 683 Ben Franklin,
               Washington, DC 20044-0683
11788277     +Austin Tennell,    1379 Eagle Crossing Dr,    Orange Park, FL 32065-2556
11788278     +Ayumi Manabe,    465 W Ave 44,    Los Angeles, CA 90065-3917
11788279     +Barbara Parsons,    1009 N. 9th Street,    Leavenworth, KS 66048-1326
11788280     +Beth Mahkovtz,    210 East Cherry St.,    Carlinville, AL 62626-1844
11788281     +Beverly Upperman,    16252 John Rowland Trail,    Milton, DE 19968-3541
11788282     +Bill Boland,    17117 161st Avenue NE,    Woodinville, WA 98072-8920
11788283     +Boone Creek Gifts,    4017 W Lillian St,    McHenry, IL 60050-6330
11788284     +Brad Benner,    2621 Maple Benner Rd.,    Portsmouth, OH 45662-8621
11788285     +Brian Jamieson,    3242 West 90th St,    Clevland, OH 44102-4808
11788286     +Brian Reynolds,    929 Morreene Road,    Durham, NC 27705-4460
11788287     +Brigitte dePagter,    404 East Pandora,    San Miguel, CO 81120
11788288     +Burton Barr,    82 North Central Ave Lower,    Springville, NY 14141-1139
11788289     +Carlos Mathena,    14 Central Ave West,    Minot, ND 58701-3894
11788290     +Cheryl Fisher,    120 W Parish St,    Sandusky, OH 44870-4846
11788291     +Christine Bennett,    2992 Wilkesboro Blvd.,    Lenior, NC 28645-7680
11788292     +Cindy L Barfield,    9348 Cherry Hill Rd,    College Park, MD 20740-1241
11788293     +Clickbooth,    5901 No. Honore Ave., Ste. 210,    Sarasota, FL 34243-2632
11788294     +Clint Camper,    1413 4th St,    Sparks, NV 89431-3719
11788295     +Commission Junction,    530 E. Montecito St., Ste. 106,    Santa Barbara, CA 93103-3252
11788296     +Cooley Godward,    101 California, 5th Floor,    San Francisco, CA 94111-3580
11788297     +CyberSource,    1295 Charleston Road,    Mountain View, CA 94043-1307
11788309      DLA-Piper,    PO Box 64029,    Baltimore, MD 21264-4029
11788298     +Dan Ronan,    10 Jackson Drive,    Danbury, CN 06811-3912
11788299     +Daryl Altamirano,    19401 Seminole Cir,    Bend, OR 97702-8940
11788300     +David Huddleston,    19535 E Long Ave,    Centennial, CO 80016-1909
11788301     +David Shumway,    3013 Apple Brook Ln,    Oakton, VI 22124-1842
11788302     +David W Smith,    936 Autumn Drive,    Woodbury, MN 55125-9100
11788303     +David Whiteford,    2776 S. Jebel Way,    Aurora, CO 80013-9004
11788307     +DeVan Shumway,    11314 Stones Throw Dr,    Reston, VI 20194-1043
11788304     +Debbie Poole,    8579 100th Terrace,    Live Oak, FL 32060-7228
11788305     +Dennis Clingaman,    9209 Jakes Path,    Largo, FL 33771-6314
11788306     +Dennis Obduskey,    132 Wagon Tongue Road,    Bailey, CO 80421-1057
11788308     +Diana Pollock,    1009 Nutter Blvd,    Billings, MT 59105-2323
11788310     +Donna Sanger,    9738 Polished Stone,    Columbia, MD 21046-2802
11788311     +Doug Wolcott,    1340 Remington Ct.,    North Liberty, IA 52317-2314
11788312     +Edgar Russell,    8759 Plaza Park Ln,    San Diego, CA 92123-6414
11788313     +Elahi and Companies Inc.,    136 Linmore Drive,    Fremont, CA 94539-5423
11788315      Employment Development Department,    State of California,    Attn Bankruptcy Group,
               PO Box 826203,    Sacramento, CA 94230-6203
11788316      Employment Development Department,    State of California,    Chief Tax Collection Section,
               PO Box 826203,    Sacramento, CA 94230-6203
11788317     +Evaldo Kruger,    8216 Harvest Bend Ln,    Laurel, MD 20707-6141
11788320     +Frank Han, CEO,    760 Olive St.,    Menlo Park, CA 94025-5747
11788321     +Gail A. Knode,    523 Gravatt Avenue,    Hopewell, VA 23860-4204
11788323     +Gustavo Mata,    13235 SW 104 Terr,    Miami, FL 33186-3403
11788324     +Gwen Ethridge,    437 NW Ave A,    Hamlin, TX 79520-3216
11788325     +Halbertech,    9910 Bald Hill Road,    Bowie, MD 20721-2877
11788326     +Harold Anthony,    513 N. Ridge Ave.,    Liberty, MO 64068-1448
11788329     +J Phillips,    350 Detroit No. 209,    Denver, CO 80206-4365
11788330     +Jack Kitchener,    6528 W Pima St,    Maricopa, AZ 85043-7738
11788331     +Jacob Stone,    2718 Viking Blvd NW,    Cedar, MN 55011-4323
11788332     +James Guidotti,    101 Hesperus Ave,    Gloucester, MA 01930-5223
11788333     +Janet Roye,    120 Big Oak Lane,    Panama City, FL 32404-7651
11788334     +Jeffery Watson,    222 Towles Ave,    McMinnville, TN 37110-2059
11788335     +Jeffrey A Cook,    4017 W Lillian St,    McHenry, IL 60050-6330
```

```
11788336     +Jennifer Munroe-Nathans,    81 Fruit St.,    Norfolk, MA 02056-1131
11788337     +Jim Marsicano,    409 Waterford Lane,    Colleybille, TX 76034-3700
11788338     +Jim Morton,    6623 Dublin Pl,    Colorado Springs, CO 80918-1220
11788339     +Joel Ziemke,    700 S Rosehall Lane,    Round Lake, IL 60073-4266
11788340     +Joenuel Ortiz,    927 Smith St,    Linden, NJ 07036-6415
11788341     +John B Smiley,    1201 Spanish Moss Dr,    Burleson, TX 76028-9396
11788342     +John Cormier,    814 Mission Pl,    Dewey, OK 74029-2118
11788343     +John Davis,    5247 Oak Terrace Dr,    Orlando, FL 32839-2079
11788344     +John Doe, et al.,    William Houck, Esq.,    Houck Law Firm, P.S.,    4045 262nd Ave. SE,
               Issaquah, WA 98029-5713
11788345     +John Hernandez, et al.,    Eric H. Gibbs, Esq.,    GIRARD GIBBS LLP,
               601 California Street, 14th Floor,    San Francisco, CA 94108-2819
11788346     +Jon Tennell,    1379 Eagle Crossing Dr,    Orange Park, FL 32065-2556
11788347     +Justine Madenford,    17 Pottsville Street,    Cressona, PA 17929-1124
11788348     +Kaya Ekiz,    56 Island Road,    Levittown, PA 19057-2320
11788349     +Kelly Sedam,    580 S Cedar St,    Kingsland, GA 31548-4216
11788350     +Kelvin Liang,    4204A Maryland Ave,    Saint Louis, MO 63108-2906
11788351     +Kenichiro Furuhashi,    234 S. Figueroa St. Apt. 630,    Los Angeles, CA 90012-2559
11788352     +Kenneth Sandell,    219 Walnut Street,    Manchester, NH 03104-3657
11788353     +Kristy McDaniel,    PO Box 142,    Grayson, LA 71435-0142
11788354     +Kunjan Sobhani,    17841 Theodora Dr,    Tustin, CA 92780-2638
11788355     +Labor Commissioner,    State of California,    1515 Clay Street Room 801,    Oakland, CA 94612-1463
11788356     +Lapreal Hostnick,    41236 Roberts Ave,    Fremont, CA 94538-4917
11788357     +LeadQual,    PO Box 20601,    Oakland, CA 94620-0601
11788358     +Leah Lee,    33 Willowbrook Drive,    Parkersburg, WV 26104-1002
11788359     +Leonard Billie,    263 Ranch Road,    Batesburg, SC 29006-9397
11788360     +Lewis Maldonado,    US EPA Region 9 Bankruptcy Contact,    Office of Regional Counsel, ORC-3,
               75 Hawthorne Street,    San Francisco, CA 94105-3920
11788361     +Linkshare,    215 Park Ave., South, 8th Floor,    New York, NY 10003-1603
11788362     +Lori Tritz,    8313 Balder Dr,    Cary, IL 60013-3005
11788363     +Maksim Krigmant,    1675 East 21st Apt 1C,    Brooklyn, NY 11210-5021
11788364     +Mark P Hanna,    1025 Augusta Way,    Pittsburgh, PA 15236-2072
11788365     +Mary Dalbey,    724 Riverside Ln,    Ottumwa, IA 52501-4036
11788366     +Mary Irby,    10507 Oakton Ridge Ct,    Oakton, VA 22124-1650
11788367     +Matt Spenst,    806 Font Terrace,    San Jose, CA 95126-3588
11788368     +Maurice Robison,    305 South Street,    North Vernon, IN 47265-2331
11788369     +Mediawhiz,    75 Broad Street, 23rd Floor,    New York, NY 10004-2487
11788370     +Mengyang Jia,    4719 Reed Road,    Columbus, OH 43220-3051
11788371     +Michael Badalamenti,    11328 Elderwood St.,    Los Angeles, CA 90049-3031
11788372     +Michael Feltz,    4581 67th Ave N,    Pinellas Park, FL 33781-5850
11788373     +Michael Skubel,    68 Forest St.,    Middletown, CT 06457-3512
11788374     +Mike Haney,    5901 Franklin St.,    Centennial, CO 80121-2425
11788375     +Mike Hylinski,    4 Great Oak Rd,    Oxford, CT 06478-1347
11788376     +Ming Der Yang,    450 Camino De Gloria,    Walnut, CA 91789-2672
11788377      Mundo Media,    11 Allstate Parkway, Ste. 300,    Marham, Ontario, Canada L3R 9T8
11788378     +Nan Feng,    104 Lakeview Center, No. 312,    Parkersburg, WV 26101-1060
11788379     +Nate McGinnis,    13470 State Route 56 East,    Kingston, OH 45644-9616
11788380     +Norma Wilson,    127 Picketts Creek Drive,    Acworth, GA 30101-8617
11788381     +Patrick Farnsworth,    717 S. Texas Ave. Suite B,    College Station, TX 77840-1917
11788382     +Phillip Flannagan,    12617 S. Harvard Ave,    Chicago, IL 60628-7222
11788383     +Qi Wu,    829 Bethel Rd., No. 139,    Columbus, OH 43214-1903
11788384     +Raj Vijay,    24 50th street,    Weehawken, NJ 07086-7235
11788385     +Ralph Metschke,    7146 E Military Ave,    Fremont, NE 68025-7563
11788386     +Raymond Graham,    6971 Oneida Rd.,    Eaton, MI 48813-9727
11788387     +Richard W. Harper,    1137 Caddock,    Blair, NE 68008-1343
11788388     +Rick Hungyi Lin,    313 N Palos Verdes St,    San Pedro, CA 90731-2218
11788389     +Rob Kretzschmar,    17 Henry Ct,    Fox Lake, IL 60020-1882
11788390     +Robbin List,    1767 Blakefield Terrace,    Ballwin, MO 63021-7147
11788392     +Robert Baccelli,    555 Kirby Street,    New Bedford, MA 02740-1445
11788393     +Robert Cooper,    614 Hampshire Drive,    North Brunswick, NJ 08902-4583
11788394     +Robert Gallo,    5813 NW Breezy Brook Ct,    Port St Lucie, FL 34986-4636
11788391     +Robert Stannard,    3102 Manor Ridge,    Gainesville, GA 30506-1004
11788395     +Roberto Chiarini,    1900 N Bayshore Drive,    Miami, FL 33132-3001
11788396     +Rodney Catoe,    4053 Pageland Hwy,    Lancaster, SC 29720-7263
11788397     +Roger L. Mandel,    Beckham & Mandel,    3400 Carlisle, Suite 550,    Dallas, TX 75204-0354
11788398     +Russ Stymer,    22602 Wells Creek Road,    Philomath, OR 97370-9109
11788399     +Ryan Jessop,    996 Hwy 93 N Ste 6,    Victor, MT 59875-9305
11788400     +Ryan McClees,    1904 Plymouth Terr SE,    Grand Rapids, MI 49506-4151
11788401     +Sandra Lewis-Catron,    4456 Deborah Drive,    Doraville, GA 30340-1617
11788402     +Sandra Yamaguchi,    12695 Fredericksburg Drive,    Saratoga, CA 95070-3831
11788403     +Secretary of State,    State of California,    1500 - 11th Street,    Sacramento, CA 95814-5701
11788404     +Secretary of the Treasury,    1500 Pennsylvania Avenue N.W.,    Washington, D.C 20220-0001
11788406     +Securities & Exchange Commission,    450 Fifth Street NW,    Washington, DC 20549-0001
11788405     +Securities & Exchange Commission,    Attn: Bankruptcy Counsel,    5670 Wilshire Boulevard, Floor 11,
               Los Angeles, CA 90036-5627
11788407     +Seung Kim,    1250 W Grove Pkwy No. 1106,    Tempe, AZ 85283-4444
11788408     +Shannon Halbot,    15000 Park Row,    Houston, TX 77084-4177
11788409     +Sheng Qiu,    40 Stenton Ave., Apt 209,    Providence, RI 02906-2766
11788410     +Sherri Brinkley,    7231 Stormy Lane,    Bonne Terre, MO 63628-3761
11788411     +Sizhe Liu,    5032 Forbes Ave. SMC 2834,    Pittsburgh, PA 15213-3815
```

```
11788412     +Social Security Administration,    Chief Counsel, Region IX,    333 Market Street, Suite 1500,
               San Francisco, CA 94105-2116
11788413     +Sonal Panwar,    711 South Ashland Avenue,    Chicago, IL 60607-3166
11788414     +Steve Mulvaney,    7794 Sweetbay Ln,    Mechanicsville, VA 23111-7530
11788415     +Suzanne Caldwell,    14 Central Ave. West,    Minot, ND 58701-3894
11788416     +Suzanne Peterson,    10906 Tahoe Way,    South Jordan, UT 84095-7736
11788419     +TDW Consulting,    419 17th Ave.,    San Francisco, CA 94121-3104
11788417     +Tax Assessors Office,    County of Santa Clara,    70 West Hedding Street,
               San Jose, CA 95110-1768
11788418     +Tax Collector,    County of Santa Clara,    70 West Hedding Street,    San Jose, CA 95110-1768
11788420     +Terry Parris,    852 Parkway Dr.,    Blackfoot, ID 83221-1633
11788421     +Theresa Bryant, et al.,    William Houck, Esq.,    Houck Law Firm, P.S.,    4045 262nd Ave. SE,
               Issaquah, WA 98029-5713
11788422     +TigerDirect,    SYX Services,    PO Box 449001,    Miami, FL 33144-9001
11788423     +Tom Mahkovtz,    210 East Cherry St.,    Carlinville, IL 62626-1844
11788424     +Twitter,    795 Folsom St., Ste. 600,    San Francisco, CA 94107-1243
11788425     +Tyler Keel,    2962 Lois Lane,    Grants Pass, OR 97527-6350
11788426     +Tyler Martin,    10394 CR 2253,    Tyler, TX 75707-3210
11788427     +Tyler Yon,    10121 Elmer St.,    Orlando, FL 32825-8134
11788428      United States Dept of Veterans Affairs,    Regional Counsel,    1301 Clay Street No. 1300N,
               Oakland, CA 94612-5209
11788429      Vcom Solutions,    Dept. 9491,    Los Angeles, CA 90084-9491
11788430     +Vincent DGinto,    910 Angony Mills Drive,    Perkasie, PA 18944-4227
11788431     +Wanda Monique,    305 Braebourne Ct,    Green Bay, WI 54301-1968
11788432     +Wenifredo Pentinio,    719 Stevenson Lane,    Towson, MD 21286-7905
11788433     +William Davis,    2580 S. Orange Blossom Tr,    Orlando, FL 32805-5455
11788434     +William Huynh,    7625 Aldrich Ave N,    Minneapolis, Minnesota 55444-2544
11788435     +Zachary Delimitros,    401 Forrest Ave Unit H,    Gainesville, GA 30501-3290
11788436     +Zachary Ross,    4509 3rd St. Cir. W. No. 487,    Bradenton, FL 34207-1518
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BABARRIS.COM Apr 16 2011 00:08:00      Audrey Barris,    P.O. Box 573,
               Pebble Beach, CA 93953-0573
smg           EDI: CALTAX.COM Apr 16 2011 00:13:00       CA Franchise Tax Board,    Attn: Special Procedures,
               P.O. Box 2952,    Sacramento, CA  95812-2952
smg           EDI: EDD.COM Apr 16 2011 00:13:00       CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
ust           E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Apr 16 2011 00:26:03
               Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
               San Jose, CA  95113-3004
11788275      EDI: ATTWIREBK.COM Apr 16 2011 00:03:00      AT and T,    Payment Center,
               Sacramento, CA 95887-0001
11788270     +EDI: AMEREXPR.COM Apr 16 2011 00:03:00      American Express,    P.O. Box 0001,
               Los Angeles, CA 90096-8000
11788314      EDI: EDD.COM Apr 16 2011 00:13:00       Employment Development Department,    State of California,
               Bankruptcy Unit - MIC 92E,    PO Box 826880,    Sacramento, CA 94280-0001
11788318      EDI: CALTAX.COM Apr 16 2011 00:13:00      Franchise Tax Board,    State of California,
               PO Box 2952,    Sacramento, CA 95812-2952
11788319     +EDI: CALTAX.COM Apr 16 2011 00:13:00      Franchise Tax Board,    State of California,
               PO Box 942840,    Sacramento, CA 94240-0001
11788322     +E-mail/Text: bankruptcy-notification@google.com Apr 16 2011 00:24:55      Google, Inc.,
               Dept. 33654,    PO Box 39000,    San Francisco, CA 94139-0001
11788328      EDI: IRS.COM Apr 16 2011 00:08:00      IRS - Insolvency,    PO Box 7346,
               Philadelphia, PA 19101-7346
11788327      EDI: IRS.COM Apr 16 2011 00:08:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
11788406     +E-mail/Text: secbankruptcy@sec.gov Apr 16 2011 00:26:07      Securities & Exchange Commission,
               450 Fifth Street NW,    Washington, DC 20549-0001
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0971-5          User: mtartagli          Page 4 of 4          Date Rcvd: Apr 15, 2011
                              Form ID: B9B             Total Noticed: 180
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**             Signature:     */s/ Joseph Speetjens*

Case: 11-53523   Doc# 5   Filed: 04/17/11   Entered: 04/17/11 21:26:43   Page 6 of 6